PROB 12C
(6/16)

Report Date: April 15, 2022

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 15, 2022

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: George Edward Dykstra Jr.    Case Number: 0980 2:18CR00133-RMP-3

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: May 17, 2019

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | | |
| Original Sentence: | Prison - 13 Days; TSR - 48 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | George JC Jacobs, III | Date Supervision Commenced: | May 17, 2019 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: | May 16, 2023 |

## PETITIONING THE COURT

**To issue a WARRANT.**

On May 22, 2019, Mr. George Edward Dykstra Jr, signed his conditions relative to case number 2:18CR00133-RMP-3, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Dykstra is alleged to have violated mandatory condition number 1, by having been arrested for Driving Under the Influence, in violation of R.C.W. 46.61.502, a gross misdemeanor on or about April 14, 2022, in Spokane County.<br><br>Specifically, on April 14, 2022, at approximately 11:36 p.m., law enforcement observed a vehicle to be traveling westbound on West Trails Road which drove onto the center rumble strip while passing the officer. Upon catching the vehicle in question, the vehicle was determined through radar to be traveling at approximately 52 miles per hour in a 45 mile-per-hour zone.<br><br>The deputy subsequently stopped the vehicle in question and contacted the driver who was identified as Mr. Dykstra. The deputy noted an odor of alcohol emanating from the vehicle, but when questioned, Mr. Dykstra advised that he had not been drinking, but that his passengers had. The deputy also noted that the client spoke with slurred speech. The deputy directed Mr. Dykstra to exit the vehicle and observed that the client was unsteady on his feet, |

Prob12C
**Re: Dykstra, George Edward**
**April 15, 2022**
**Page 2**

that the odor of alcohol was in fact emanating from him, and that his eyes were red and watery. Mr. Dykstra subsequently admitted to having one drink. Mr. Dykstra then unsatisfactorily performed three separate sobriety tests. A voluntary Breathalyzer test revealed an initial blood alcohol content level of .104%. Mr. Dykstra was subsequently arrested by the deputy for driving under the influence.

Subsequent Breathalyzer testing once at the Airway Heights Police Department and conducted approximately 45 minutes after his original voluntary sample submitted to at the scene, revealed a blood alcohol content of .116 IR / .118 EC and a third sample 5 minutes later revealed a blood alcohol content of .116 IR / .119 EC.

The U.S. Probation Office respectfully recommends the Court **issue a WARRANT** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 15, 2022

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

4/15/2022
Date