PROB 12C
(6/16)

Report Date: January 26, 2023

## United States District Court

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

**Jan 26, 2023**

SEAN F. McAVOY, CLERK

for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: George Edward Dykstra | | Case Number: 0980 2:18CR00133-RMP-3 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓ Spokane, Washington 99208 | | |
| Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge | | |
| Date of Original Sentence: May 17, 2019 | | |
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | |
| Original Sentence: | Prison - 13 days; TSR - 48 days | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George JC Jacobs, III | Date Supervision Commenced: May 17, 2019 |
| Defense Attorney: | Lorinda Youngcourt | Date Supervision Expires: May 16, 2023 |

## PETITIONING THE COURT

To issue a summons.

On May 22, 2019, Mr. George Edward Dykstra Jr, signed his conditions relative to case number 2:18CR00133-RMP-3, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 9**: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours. |
| | **Supporting Evidence**: It is alleged that George Dykstra violated the terms of his supervised release by failing to report law enforcement contact within 72 hours, on or about January 19, 2023. |
| | On January 19, 2023, officers with the Liberty Lake Police Department responded to a domestic violence harassment complaint. They made contact with the mother of Mr. Dykstra's girlfriend, who reported that Mr. Dykstra was on his way to their residence and had threatened to kill everyone there. It was reported that Mr. Dykstra's girlfriend and their child were staying at the Liberty Lake residence at the time. It is alleged that Mr. Dykstra called his girlfriend and threatened to kill everyone in the house. |
| | The officers made contact with Mr. Dykstra's girlfriend, who denied the threats to kill and advised Mr. Dykstra was upset because he heard his girlfriend was being unfaithful. His |

Prob12C
Re: Dykstra, George Edward
January 26, 2023
Page 2

girlfriend indicated that his tone made her feel uncomfortable but she denied any direct threats. She then reported that his actual words were "I am on the way and it won't be good". She indicated the statement made her uncomfortable due to his past that has gotten him in trouble with law enforcement.

Mr. Dykstra was then contacted by phone by one of the officers. The officer indicated Mr. Dykstra sounded intoxicated but was calm during the conversation and reported to the officer that he was almost to his residence. He also denied making any threats of physical harm to his girlfriend or her family.

Mr. Dykstra did not report this law enforcement contact with the probation officer within 72 hours as required.

On January 20, 2023, the undersigned contacted Mr. Dykstra and directed him to report for a urinalysis. Mr. Dykstra reported as directed and met with a male probation officer for a urinalysis. At no time during the phone call with the undersigned or the office visit did he mention any form of law enforcement contact.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/26/2023

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

*Signature of Judicial Officer*

1/26/2023

Date